UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE JAMAL ALLEN,

    Plaintiff,

v.

UNKNOWN HIGGINS, et al.,

    Defendants.

_____/

Case No. 1:22-cv-841

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Higgins filed a Motion for Summary Judgment (ECF No. 50). Plaintiff filed Motions for Partial Summary Judgment (ECF Nos. 52 & 56). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 63) on July 15, 2025, recommending that this Court grant Defendant's motion and deny Plaintiff's motions. In addition, the Magistrate Judge recommends that an appeal of this matter by Plaintiff would not be in good faith. The Report and Recommendation was duly served on the parties. On August 12, 2025, the Court extended the deadline for Plaintiff to file any objections to the Report and Recommendation (*see* ECF No. 65). On September 2, 2025, Plaintiff filed a proof of service (ECF No. 66) and a letter regarding late objections (ECF No. 67). To date, no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 63) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Higgins' Motion for Summary Judgment (ECF No. 50) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Partial Summary Judgment (ECF Nos. 52 & 56) are DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: September 17, 2025                                           /s/ Jane M. Beckering
                                                                                      JANE M. BECKERING
                                                                                      United States District Judge